# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      NO. 4:12CR00155 JLH

CHRISTOPHER LYNN INGRAM                                     DEFENDANT

## ORDER

Defendant Christopher Lynn Ingram was previously designated to the Metropolitan Correctional Center in Chicago, Illinois, for his psychological evaluation. The Court has received the attached correspondence from the Warden of the facility requesting an extension of time in which to conduct the mental evaluation and submit the report to the Court. The request is granted. The defendant's mental evaluation must be completed no later than October 23, 2012, with the report being sent to the Court and counsel on or before November 13, 2012. The excess time shall be excludable under the provisions of the Speedy Trial Act.

IT IS SO ORDERED this 9th day of October, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE