# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      NO. 4:12CR00155 JLH

CHRISTOPHER LYNN INGRAM                                                                    DEFENDANT

## ORDER

Christopher Lynn Ingram has filed a *pro se* motion for appointment of new counsel. The Court directs his present attorney, Molly Sullivan, to respond to the motion within seven days from the entry of this Order.

IT IS SO ORDERED this 24th day of May, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE