UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v                                    No. 4:12CR00155 JLH

CHRISTOPHER INGRAM

## DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the above-styled indictment against the named defendant charging a violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B).

CHRISTOPHER R. THYER
United States Attorney

*Marsha W. Clevenger* (signature)

By Marsha W. Clevenger
Assistant U. S. Attorney, AR Bar 83031
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2622
marsha.clevenger@usdoj.gov

Leave of Court is granted this 9th day of September 2013, for the filing of the foregoing dismissal of indictment.

_____
UNITED STATES DISTRICT JUDGE